Certificate Number: 05781-PAE-DE-030532403

Bankruptcy Case Number: 18-10577


05781-PAE-DE-030532403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2018, at 8:56 o'clock AM PST, Bernadette Danner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 6, 2018        By:    /s/Allison M Geving

                              Name:  Allison M Geving

                              Title: President