United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-10577-jkf
Bernadette Danner                                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin              Page 1 of 2              Date Rcvd: Jun 08, 2018
                            Form ID: 318             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
```
db           +Bernadette Danner,    2207 State Road,    Croydon, PA 19021-6872
14047445     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
               Saint Louis, MO 63179-0040
14047447     +Citibank/Sunoco,    Citicorp Credit Card/Centralized Bankrup,     Po Box 790040,
               St Louis, MO 63179-0040
14047449     +Citibank/The Home Depot,     Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
               St Louis, MO 63179-0040
14047453     +Home Point Financial C,    Nmls#7706 9 Entin Rd St,     Parsippany, NJ 07054-5000
14047462     +Young, Marr & Associates, LLC,     3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QRHHOLBER.COM Jun 09 2018 05:53:00      ROBERT H. HOLBER,    Robert H. Holber PC,
               41 East Front Street,    Media, PA 19063-2911
smg           E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:10:03      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:09:04
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:41      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14047442      EDI: BANKAMER.COM Jun 09 2018 05:53:00      Bank Of America,    Po Box 982238,
               El Paso, TX 79998
14047441     +EDI: BANKAMER.COM Jun 09 2018 05:53:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
               Greensboro, NC 27420-6012
14047444      EDI: CAPITALONE.COM Jun 09 2018 05:53:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
14047443     +EDI: CAPITALONE.COM Jun 09 2018 05:53:00      Capital One,
               Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
14047446     +EDI: SEARS.COM Jun 09 2018 05:53:00      Citibank / Sears,    Po Box 6283,
               Sioux Falls, SD 57117-6283
14047448     +EDI: CITICORP.COM Jun 09 2018 05:53:00      Citibank/Sunoco,    Po Box 6497,
               Sioux Falls, SD 57117-6497
14047450     +EDI: CITICORP.COM Jun 09 2018 05:53:00      Citibank/The Home Depot,     Po Box 6497,
               Sioux Falls, SD 57117-6497
14047452     +EDI: WFNNB.COM Jun 09 2018 05:53:00      Comenitycapital/bjsclb,    Po Box 182120,
               Columbus, OH 43218-2120
14047451     +EDI: WFNNB.COM Jun 09 2018 05:53:00      Comenitycapital/bjsclb,    Comenity Bank,
               Po Box 182125,    Columbus, OH 43218-2125
14047454     +EDI: CBSKOHLS.COM Jun 09 2018 05:53:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
               Milwaukee, WI 53201-3043
14047455     +EDI: CBSKOHLS.COM Jun 09 2018 05:53:00      Kohls/Capital One,    Po Box 3115,
               Milwaukee, WI 53201-3115
14048954     +EDI: PRA.COM Jun 09 2018 05:53:00      PRA Receivables Management, LLC,     PO Box 41021,
               Norfolk, VA 23541-1021
14047457     +EDI: RMSC.COM Jun 09 2018 05:53:00      Syncb/ccsycc,    Po Box 965036,    Orlando, FL 32896-5036
14047456     +EDI: RMSC.COM Jun 09 2018 05:53:00      Syncb/ccsycc,    Po Box 96060,    Orlando, FL 32896-0001
14047458     +EDI: RMSC.COM Jun 09 2018 05:53:00      Synchrony Bank/QVC,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14047459     +EDI: RMSC.COM Jun 09 2018 05:53:00      Synchrony Bank/QVC,    Po Box 965005,
               Orlando, FL 32896-5005
14047461      EDI: TDBANKNORTH.COM Jun 09 2018 05:53:00      TD Bank, N.A.,    32 Chestnut Street,
               Lewiston, ME 04240
14047460      EDI: TDBANKNORTH.COM Jun 09 2018 05:53:00      TD Bank, N.A.,    Attn: Bankruptcy,
               32 Chestnut St,    Lewiston, ME 04243
                                                                                               TOTAL: 22
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: admin             Page 2 of 2                Date Rcvd: Jun 08, 2018
                              Form ID: 318            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor   Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Bernadette  Danner support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Bernadette Danner** | Social Security number or ITIN  **xxx–xx–4073** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:  **18–10577–jkf**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bernadette Danner

6/7/18

**By the court:**   Jean K. FitzSimon
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**